HEYWARD *v.* DOBBS HARDWARE COMPANY.

SIMMONS, C. J.    There was no error in the charges complained of, or in the admission of evidence ; and the evidence, while conflicting, was sufficient to warrant the verdict.          *Judgment affirmed.    All the Justices concurring.*

Argued April 1, — Decided April 27, 1901.

Appeal.  Before Judge Gober.  Cobb superior court.  October 1, 1900.

*J. Z. Foster* and *W. I. Heyward,* for plaintiff in error.
*Enoch Faw* and *R. N. Holland,* contra.